Milton L. Chappell, Esq. (*pro hac vice*)
c/o National Right to Work Legal
   Defense Foundation, Inc.
8001 Braddock Road, Suite 600
Springfield, Virginia 22160
Phone: (703) 770-3329
Fax:    (703) 321-9319
Email: mlc@nrtw.org
*Counsel for Service*

Steven R. Burlingham, Esq. (CBN 88544)
GARY, TILL & BURLINGHAM
5330 Madison Avenue, Suite F
Sacramento, California 95841
Phone: (916) 332-8122
Fax:    (916) 332-8153
Email: steveb@gtblaw.com

*Attorneys for Plaintiffs and the Class*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID M. FRIEDMAN *et al*., <br><br> On behalf of all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> CALIFORNIA STATE EMPLOYEES ASSOCIATION *et al*., <br><br> *Defendants*. | **Case No. CIV-S-00-00101 WBS/DAD** <br><br> **CLASS ACTION** <br><br> **STIPULATION AND ORDER SUBMITTING THE MOTION TO ENTER JUDGMENT ON THE RECORD** <br><br> **HEARING DATE: March 1, 2010** <br><br> **TIME: 2:00 p.m.** <br><br> **Courtroom of Judge William B. Shubb, Courtroom 5, 14th Floor, Sacramento, CA** |

Pursuant to L.R. 143 and 230(g), Plaintiffs David M. Friedman *et al*., and Defendant California State University Employees Union, SEIU Local 2579, California State Employees

Association,[1] and Defendant State Controller John Chiang,[2] by and through their undersigned counsel, hereby respectfully submit the following Stipulation Submitting the Motion to Enter Judgment on the Record and Briefs on File:

1. On January 28, 2010, Plaintiffs filed their Amended Motion for Entry of Judgment (Doc. No. 267) and related papers (Doc. Nos. 268-270).

2. Both Defendants filed Statements of Non-Opposition to Plaintiffs' Amended Motion for Entry of Judgment (Doc. Nos. 271 & 274).

3. Counsel for Plaintiffs and Defendants wish to submit the Motion for Entry of Judgment on the record and without oral argument.[3]

DATED: February 19, 2010

Respectfully submitted,

_____
Milton L. Chappell, Esq. (*Pro hac vice*)
c/o National Right to Work Legal
   Defense Foundation, Inc.
8001 Braddock Road, Suite 600
Springfield, Virginia 22160
Phone: (703) 770-3329
Fax: (703) 321-9319
Email: mlc@nrtw.org

Steven R. Burlingham, Esq. (State Bar No. 88544)
GARY, TILL & BURLINGHAM
5330 Madison Avenue, Suite F
Sacramento, California 95841
Phone: (916) 332-8122
Fax: (916) 332-8153
Email: steveb@gtblaw.com
*Attorneys for Plaintiffs and the Class*

---

[1] This is the current correct name of the defendant initially sued as "Defendant California State Employees Association, Local 1000, Service Employees International Union, AFL-CIO, CLC."

[2] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, State Controller John Chiang is automatically substituted as a defendant in this matter in place of his predecessor and original defendant, Kathleen Connell.

[3] If the Court has any questions for counsel or wishes to proceed with oral argument, all counsel request that they be permitted to attend the hearing by telephone: Milton L. Chappell at (301) 770-3329; Jeffrey B. Demain at (415) 421-7151; Douglas J. Woods at (916) 324-4663.

**IT IS SO STIPULATED.**

Dated: February 19, 2010

Nancy T. Yamada (State Bar No. 155155)
California State University Employees Union
SEIU Local 2579, California State Employees Association
1108 O Street, 5th Floor
Sacramento, California 95814
Phone: (916) 319-4800
Fax:    (916) 319-4808
Email: Nyamada@calcsea.org

　　　　/s/ *Jeffrey B. Demain* (as authorized on Feb. 19, 2010)

Jeffrey B. Demain (State Bar No. 126715)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108
Phone: (415) 421-7151
Fax:    (415) 362-8064
Email: jdemain@altshulerberzon.com

*Attorneys for Defendant California State University Employees Union, SEIU Local 2579, California State Employees Association*

Dated: February 19, 2010

Edmund G. Brown, Jr.
Attorney General of California

　　　　/s/ *Douglas J. Woods* (as authorized on Feb. 19, 2010)

Douglas J. Woods
Supervising Deputy Attorney General
1300 "I" Street, Suite 125
Sacramento, CA 95814
Phone: (916) 324-4663
Fax:    (916) 324-8835
Email: Douglas.Woods@doj.ca.gov

*Attorneys for Defendant John Chiang, Controller of the State of California*

**T IS SO ORDERED.**

Dated: February 24, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

I hereby certify, under penalty of perjury, that a true and correct copy of this Stipulation and Order Submitting Motion to Enter Judgment was deposited in the United States Mail, first-class postage pre-paid, addressed to:

> Nancy T. Yamada
> Cal State University Employees Union, SEIU Local 2579
> California State Employees Association
> 1108 "O" Street, 5th Floor
> Sacramento, CA 95814
> *Attorney for Defendant California State University Employees Union, SEIU Local 2579, California State Employees Association*

I further certify, under penalty of perjury, that I electronically filed with the Clerk of the Court the foregoing Stipulation and Order Submitting Motion to Enter Judgment, using the CM/ECF system which will send notification of such filing to

> Jeffrey B. Demain
> *Attorney for Defendant California State University Employees Union, SEIU Local 2579, California State Employees Association*

> Douglas J. Woods
> *Attorney for Defendant John Chiang, Controller of the State of California*

All of these actions were taken on the 22nd day of February, 2010.

_____
Milton L. Chappell, Esq. (*pro hac vice*)