Milton L. Chappell, Esq. (*pro hac vice*)
c/o National Right to Work Legal
    Defense Foundation, Inc.
8001 Braddock Road, Suite 600
Springfield, Virginia  22160
Phone: (703) 770-3329
Fax:    (703) 321-9319
Email: mlc@nrtw.org
*Counsel for Service*

Steven R. Burlingham, Esq. (CBN 88544)
GARY, TILL & BURLINGHAM
5330 Madison Avenue, Suite F
Sacramento, California 95841
Phone: (916) 332-8122
Fax:    (916) 332-8153
Email: steveb@gtblaw.com

*Attorneys for Plaintiffs and the Class*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID M. FRIEDMAN *et al*., <br><br> On behalf of all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> CALIFORNIA STATE EMPLOYEES ASSOCIATION *et al*., <br><br> *Defendants*. | **Case No. CIV-S-00-00101 WBS/DAD** <br><br> **CLASS ACTION** <br><br> **STIPULATION AND ORDER SUBMITTING THE MOTION FOR APPROVAL OF CLASS NOTICE OF PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES, COSTS AND EXPENSES ON THE RECORD** <br><br> **HEARING DATE: April 26, 2010** <br><br> **TIME: 2:00 p.m.** <br><br> **Courtroom of Judge William B. Shubb, Courtroom 5, 14th Floor, Sacramento, CA** |

Pursuant to L.R. 143 and 230(g), Plaintiffs David M. Friedman *et al*., and Defendant California State University Employees Union, SEIU Local 2579, California State Employees

Association,[1] and Defendant State Controller John Chiang,[2] by and through their undersigned counsel, hereby respectfully submit the following Stipulation Submitting the Motion for Approval of Class Notice of Plaintiffs' Motion for Award of Attorneys' Fees, Costs and Expenses on the Record and Briefs on File:

    1.    On March 24, 2010, Plaintiffs filed their Motion for Approval of Class Notice of Plaintiffs' Motion for Award of Attorneys' Fees, Costs and Expenses (Doc. No. 278) and related papers (Doc. Nos. 279-280).

    2.    Both Defendants filed Statements of Non-Opposition to Plaintiffs' Motion for Approval of Class Notice (Doc. Nos. 284 & 285).

    3.    Counsel for Plaintiffs and Defendants wish to submit the Motion for Approval of Class Notice of Plaintiffs' Motion for Award of Attorneys' Fees, Costs and Expenses on the record and without oral argument.[3]

DATED: April 16, 2010

Respectfully submitted,

_____
Milton L. Chappell, Esq. (*Pro hac vice*)
c/o National Right to Work Legal
   Defense Foundation, Inc.
8001 Braddock Road, Suite 600
Springfield, Virginia  22160
Phone: (703) 770-3329
Fax:    (703) 321-9319
Email: mlc@nrtw.org

---

[1] This is the current correct name of the defendant initially sued as "Defendant California State Employees Association, Local 1000, Service Employees International Union, AFL-CIO, CLC."

[2] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, State Controller John Chiang is automatically substituted as a defendant in this matter in place of his predecessor and original defendant, Kathleen Connell.

[3] If the Court has any questions for counsel or wishes to proceed with oral argument, all counsel request that they be permitted to attend the hearing by telephone:  Milton L. Chappell at (301) 770-3329; Jeffrey B. Demain at (415) 421-7151; Douglas J. Woods at (916) 324-4663.

|   |   |
|---|---|
| 1 | Steven R. Burlingham, Esq. (State Bar No. 88544) |
|   | GARY, TILL & BURLINGHAM |
| 2 | 5330 Madison Avenue, Suite F |
|   | Sacramento, California 95841 |
| 3 | Phone: (916) 332-8122 |
|   | Fax:   (916) 332-8153 |
| 4 | Email: steveb@gtblaw.com |
|   | *Attorneys for Plaintiffs and the Class* |
| 5 |   |

**6**  **IT IS SO STIPULATED.**

7  Dated: April 16, 2010              /s/ *Jeffrey B. Demain* (as authorized on April 12, 2010)

8  Nancy T. Yamada (State Bar No. 155155)
California State University Employees Union

9  SEIU Local 2579, California State Employees Association
1108 O Street, 5th Floor

10  Sacramento, California 95814
Phone: (916) 319-4800

11  Fax:   (916) 319-4808
Email: Nyamada@calcsea.org

12

13  Jeffrey B. Demain (State Bar No. 126715)
Altshuler Berzon LLP

14  177 Post Street, Suite 300
San Francisco, California 94108

15  Phone: (415) 421-7151
Fax:   (415) 362-8064

16  Email: jdemain@altshulerberzon.com

17  *Attorneys for Defendant California State University Employees Union, SEIU Local 2579, California State*

18  *Employees Association*

19

20  Dated: April 16, 2010    Edmund G. Brown, Jr.
Attorney General of California

21

22              /s/ *Douglas J. Woods* (as authorized on April 13, 2010)

23  Douglas J. Woods
Supervising Deputy Attorney General

24  1300 "I" Street, Suite 125
Sacramento, CA 95814

25  Phone: (916) 324-4663
Fax:   (916) 324-8835

26  Email: Douglas.Woods@doj.ca.gov

27  *Attorneys for Defendant John Chiang,*
*Controller of the State of California*

28

1  **IT IS SO ORDERED.**

4  Dated:   April 16, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I hereby certify, under penalty of perjury, that a true and correct copy of this Stipulation and Order Submitting Motion to Enter Judgment was deposited in the United States Mail, first-class postage pre-paid, addressed to:

> Nancy T. Yamada
> Cal State University Employees Union, SEIU Local 2579
> California State Employees Association
> 1108 "O" Street, 5th Floor
> Sacramento, CA 95814
> *Attorney for Defendant California State University Employees Union, SEIU Local 2579, California State Employees Association*

I further certify, under penalty of perjury, that I electronically filed with the Clerk of the Court the foregoing Stipulation and Order Submitting Motion to Enter Judgment, using the CM/ECF system which will send notification of such filing to

> Jeffrey B. Demain
> *Attorney for Defendant California State University Employees Union, SEIU Local 2579, California State Employees Association*

> Douglas J. Woods
> *Attorney for Defendant John Chiang, Controller of the State of California*

All of these actions were taken on the 16th day of April, 2010.

_____
Milton L. Chappell, Esq. (*pro hac vice*)