UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

DAVID M. FRIEDMAN et al,
On behalf of all others
similarly situated,

       Plaintiffs,

   v.

CALIFORNIA STATE EMPLOYEES
ASSOCIATION, et al.,

       Defendants.
                             /

NO. CIV. 2:00-101 WBS DAD

ORDER

----oo0oo----

       The court has received and considered the parties' stipulation and proposed order regarding plaintiff's motion for approval of class notice of motion for award of attorneys' fees, together with defendants' Notices of Non-Opposition (Docket Nos. 278, 284-86). The court has the following concerns:

    1.  The proposed class notice (Docket No. 278) states that objections to the motion for attorneys' fees should be "postmarked no later than **July 2, 2010**" (Id. 3:24) and that the objections must also be "received by Class Counsel on or before July 2, 2010." (Id. 4:2.)

1

     The identical "postmarked by" and "received by" requirements create ambiguity as to what an objecting class member's responsibility is with respect to timely objection.

     2.   Page 2, line 22 of the proposed class notice should be corrected to "Federal Rule of Civil Procedure."

     3.   The court would like to have a supporting declaration by a competent official that states the date by which the class notice and disbursement of nominal damages will be mailed to class members.

     Accordingly, within twenty days from the date of this Order, the parties shall submit proposed class notice and supporting declaration modified to address the above concerns.

     IT IS SO ORDERED.

DATED:  April 20, 2010

                   WILLIAM B. SHUBB
                   UNITED STATES DISTRICT JUDGE