NANCY T. YAMADA (State Bar No. 155155)
California State University Employees Union
SEIU Local 2579, California State Employees Association
1108 O Street, 5th Floor
Sacramento, California 95814
Telephone:   (916) 319-4800
Facsimile:    (916) 319-4808
E-mail: NYamada@calcsea.org

JEFFREY B. DEMAIN (State Bar No. 126715)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone:   (415) 421-7151
Facsimile:    (415) 362-8064
E-mail: jdemain@altshulerberzon.com

Attorneys for Defendant California State University Employees Union, SEIU Local 2579, California State Employees Association

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| DAVID M. FRIEDMAN, et al., | NO. CIV-S-00-0101 WBS/DAD |
| Plaintiffs, | **CLASS ACTION** |
| vs. | **DEFENDANT UNION'S STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES** |
| CALIFORNIA STATE EMPLOYEES ASSOCIATION, LOCAL 1000, SERVICE EMPLOYEES INTERNATIONAL UNION AFL-CIO, CLC, et al., | |
| Defendants. | DATE:   July 19, 2010<br>TIME:   2:00 p.m.<br>ROOM:  5<br>JUDGE: Judge William B. Shubb |

Defendant California State University Employees Union, SEIU Local 2579, California State Employees Association (hereinafter the "Union"),[1] hereby states its non-opposition to Plaintiffs' Motion for Award of Attorneys' Fees, Costs and Expenses Pursuant to 42 U.S.C. § 1988 (hereinafter "Plaintiffs' Motion"), Docket No. 281, seeking an award of fees, costs and expenses in the amount of $45,500. The Union would oppose any award of fees, costs and expenses in an amount higher than $45,500 as unreasonable and unwarranted in light of the Plaintiffs' limited success and the limited results obtained in the litigation, but the Union does not oppose Plaintiffs' Motion because it understands that motion as seeking only an award of $45,500 and as waiving any request that Plaintiffs might have made for a higher amount. Further, the Union's non-opposition to Plaintiffs' Motion is not intended, and should not be understood, as indicating agreement with the assertions, factual and/or legal, contained in Plaintiffs' Motion, certain of which the Union would contest if the matter were fully litigated.

Dated:  June 22, 2010.

                                                              Respectfully submitted,

NANCY T. YAMADA
California State University Employees Union,
  SEIU Local 2579, California State Employees
  Association

JEFFREY B. DEMAIN
Altshuler Berzon LLP


By:    */s/Jeffrey B. Demain*
          Jeffrey B. Demain

Counsel for Defendant California State University Employees Union, SEIU Local 2579, California State Employees Association

---

[1] The Union was originally named in this suit as "California State Employee Association, Local 1000, Service Employees International Union, AFL-CIO, CLC." Since that time, the Union has reorganized and changed its name. The Union's current correct name is as stated above in the text.

DEF. UNION'S STM. OF NON-OPPOSITION TO PLS' MOTION FOR ATTORNEYS' FEES
Case No. CIV-S-00-0101 WBS/DAD                                                                                 1